# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA vs. Jose Maldonado GUERRA | Magistrate's Case No. 08 MJ 0779 <br><br> COMPLAINT FOR VIOLATION OF <br> 21 U.S.C. 952 and 960 <br><br> Unlawful Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about March 10, 2008, within the Southern District of California, defendant Jose Maldonado GUERRA did knowingly and intentionally import approximately 18.35 kilograms (40.37 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this _____ day of _____ 2008.

United States Magistrate Judge

United States of America
    VS.
Jose Maldonado GUERRA

## PROBABLE CAUSE STATEMENT

On March 10, 2008, at approximately 11:53 p.m., Jose Maldonado GUERRA entered the United States through the Otay Mesa Port of Entry (POE) as the driver and sole occupant of a gray 2008 Chevrolet Uplander bearing U.S. California license plate 6AUU427. During primary operations, a U.S. Customs and Border Protection Officer made contact with GUERRA on primary lane #4. The CBP Officer referred GUERRA to the vehicle secondary lot due to a computer generated referral. In the vehicle secondary lot, a CBP Officer conducted a cursory inspection on the vehicle. During the inspection, he examined the spare tire and noticed that it sounded hard when tapped. A Narcotics Detector Dog (NDD) was requested to screen the vehicle. The NDD at that time did not alert to the vehicle. GUERRA then presented the Officer with his California Driver's License and birth certificate. GUERRA then requested to use the restroom. Officers allowed GUERRA to use the restroom unescorted while they continued to inspect the vehicle. Officers continued their inspection by closely examining the spare tire, observing that it was not consistent with the design of the other tires on the vehicle. At that time, an Officer headed to the restroom to retrieve GUERRA. As soon as GUERRA walked out of the door towards the secondary lot, he attempted to run towards Mexico. The Officer requested for GUERRA to stop, while he and other Officers pursued GUERRA on foot. GUERRA was finally caught. GUERRA was handcuffed and escorted to the security office for a pat-down that yielded negative results for weapons or contraband. GUERRA stated to Officers that he ran because he was afraid that he was going to be caught with what was in the vehicle. A total of 18 packages

containing approximately 18.35 kilograms of marijuana were found concealed within the vehicle's spare tire. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana. GUERRA stated that his intention was to help reduce his sentencing for his previous arrest in February 2008. GUERRA stated that he was not in need of any money.

GUERRA was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, CA.