## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | | | |
|---|---|---|---|---|
| U.S.A. vs. | JOSE MALDONADO GUERRA | | No. | 08MJ0779 |
| HON. | LOUIS S. PORTER | Tape No. | POR08-1-14:45-14:49;15:43-15:45 (6 mins) | |
| Asst. U.S. Attorney | GEORGE MANAHAN | PTSO | | |

| | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | BENJAMIN P LECHMAN | X | Apt | | Ret | for MALDONADO GUERRA | (1) | (C) |

PROCEEDINGS:   ___ In Chambers   X  In Court   ___ By Telephone

Preliminary Hearing as to JOSE MALDONADO GUERRA - Not held.

Gov't Oral Motion to Dismiss Without Prejudice - Granted.

Abstract issued to U.S.M. as to this case only.

Date   3/25/08

Maria J. Mirabella for Rick Messig
Deputy's Initials